UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for First Bank of Idaho,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. COLEMAN, SHANNON B. CONKLIN, GLENN J. JANSEN, and RONALD J. KAYE, JR.,<br><br>    Defendants. | Case No. 1:14-cv-00310-CWD<br><br>**JUDGMENT** |

  Based upon the parties' Stipulation for Dismissal with Prejudice (Dkt. 46), and good cause appearing therefor,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled matter be dismissed with prejudice with each party to bear their own costs and attorney fees.

  IT IS FURTHER ORDERED that the Clerk of Court close this case.

Dated: **July 09, 2015**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1